FILED

DEC 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LERNER & ROWE PC, an Arizona corporation,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>BROWN ENGSTRAND & SHELY LLC, DBA Accident Law Group, an Arizona corporation; JOSEPH L. BROWN, an individual,<br><br>        Defendants-Appellees,<br><br> and<br><br>DOES, 1-10, inclusive,<br><br>        Defendant. | No. 23-16060<br><br>D.C. No. 2:21-cv-01540-DGC<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: DESAI and DE ALBA, Circuit Judges, and CHEN,[*] District Judge.

    The panel has unanimously voted to deny appellant's petition for panel rehearing. Judge Desai and Judge de Alba have voted to deny the petition for rehearing en banc, and Judge Chen so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

---

    [*]    The Honorable Edward M. Chen, United States District Judge for the Northern District of California, sitting by designation.

2

The petitions for rehearing and rehearing en banc are DENIED.